**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO.  09-14-00096-CV**

_____

**IN THE INTEREST OF B.K.T. AND B.L.T.**

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-167,969-G**

**MEMORANDUM OPINION**

On April 3, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. On April 21, 2014, we notified the parties that the appeal would be dismissed unless the appellant remitted the filing fee for the appeal. Appellant did not respond to this Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that she is entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to pay the filing fee for the

1

appeal, and there being no satisfactory explanation for the failure to file the clerk's

record, we dismiss the appeal for want of prosecution. See Tex. R. App. P. 37.3(b);

Tex. R. App. P. 42.3.

      APPEAL DISMISSED.

                                            _____

                                                STEVE McKEITHEN
                                                    Chief Justice

Opinion Delivered June 26, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.